IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICHARD BLOME,

    Plaintiff,

v.   CASE NO. 1:11-cv-266-SPM-GRJ

SUSAN DAVIS, et al.,

    Defendants.

_____/

## ORDER

This cause is before the Court on Plaintiff's "Motion for an Extension of More Time to Respond to the Defendants' Motion." (Doc. 21.) On June 1, 2012, Defendants Susan Davis, Jaime Davis, Cynthia Reed, and Randall White filed a Motion to Dismiss, contending that Plaintiff's civil rights complaint should be dismissed for failure to state a claim upon which relief may be granted. (Doc. 19.) This Court issued an Order on July 26, 2012, directing Plaintiff to show cause why the motion to dismiss should not be granted. (Doc. 20.) In response, Plaintiff says that he did not receive a copy of Defendants' motion in the prison and requests a copy of the motion and a 15-day extension of time to respond. (Doc. 21.) Defendants have responded, stating that they have sent Plaintiff another copy of the motion and that they do not object to the extension of time to respond. (Doc. 22.)

Accordingly, it is **ORDERED:**

1. Plaintiff's "Motion for an Extension of More Time to Respond to the Defendants' Motion," Doc. 21, is **GRANTED**. Plaintiff must file a response to the motion to dismiss on or before **August 22, 2012**.

2. The Clerk is directed to send a copy of this Order, together with a copy of

Defendants' Motion to Dismiss (Doc. 19), to Plaintiff at the Florida State Prison.

**DONE AND ORDERED** this 7th day of August, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge